# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ESPERANZA HOPE PHAM,

        Plaintiff,

vs.

WAL-MART STORES, INC., d/b/a SAM'S CLUB STORE #6382, *et al.*,

        Defendants.

Case No. 2:11-cv-01148-KJD-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#5) dated July 13, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#5) no later than **August 12, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge