**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESPERANZA HOPE PHAM, )<br>    )<br>          Plaintiff, )<br>    )<br>vs. )<br>    )<br>WAL-MART STORES, INC., d/b/a SAM'S CLUB )<br>STORE #6382, *et al.*, )<br>    )<br>          Defendants. )<br>_____) | Case No. 2:11-cv-01148-KJD-GWF<br><br>**ORDER**<br><br>Motion to Order Plaintiff to Submit to Physical and Mental Examination (#68) |

This matter comes before the Court on Defendants' Motion to Order Esperenza Hope Pham to Submit to Physical and Mental Medical Examinations (#68), filed on April 6, 2012. Defendants submit this motion and proposed order to the Court without certifying that they have met and conferred with Plaintiff regarding the physical and mental evaluation. *See* LR 26-7(b). The Court will therefore deny without prejudice Defendants' Motion to Order Esperenza Hope Pham to Submit to Physical and Mental Medical Examinations (#68) and strike it from the civil docket. Accordingly,

**IT IS HEREBY ORDERED** that Motion to Order Esperenza Hope Pham to Submit to Physical and Mental Medical Examinations (#68) is **denied without prejudice** and **stricken** from the civil docket.

DATED this 9th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge