**RESNICK & LOUIS, P.A.**
415 S. SIXTH STREET, SUITE 300
LAS VEGAS, NV 89101
MITCHELL J. RESNICK [BAR# 12074]
mresnick@rlattorneys.com
JEFFREY PETIGOFF [BAR NO. 5458]
jpetegoff@rlattorneys.com
(702) 997.3800

Attorneys for Third-Party Defendant,
BATES METAL PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESPERANZA HOPE PHAM,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. dba SAM'S CLUB STORE #6382; SAM'S WEST INC.; NIC HESTAND; NATIONAL BEDDING COMPANY, LLC; SERTA INC.; FOX MARKETING CORPORATION aka FOX MARKETING CORPORATION aka FOXMARK; DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01148-KJD-GWF<br><br>**MOTION TO WITHDRAW AND SUBSTITUTION OF ATTORNEYS** |

FOX MARKETING CORPORATION,

    Third-Party Plaintiff,

vs.

BATES METAL PRODUCTS, INC.; ROE individuals 11-20; and ZOE CORPORATIONS AND ORGANIZATIONS 11-20, inclusive,

    Third-Party Defendants.

NATIONAL BEDDING COMPANY LLC and SERTA INC.,

    Cross-Claimants,

|  |
|---|
| vs. |
| FOX MARKETING CORPORATION; MOES 1-100 inclusive, |
|     Cross-Defendants. |

    Mitchell J. Resnick and Jeffrey Petigoff, now with the recently formed law firm of Resnick and Lewis, move this Court for an order permitting them to withdraw as counsel of record from this case. Cross-Defendant Bates Metal Products, Inc. hereby substitutes Colby Beck of the Law Firm of Boyack Beck & Taylor <u>and</u> Wendi A Sorensen of the Law Firm of Burch & Cracchiolo, P.A. as attorneys of record in place and stead of Mitchell J. Resnick and Jeffrey Petigoff.

    All further correspondence, documents, etc. should be sent to:

COLBY D. BECK, ESQ.
Nevada Bar No. 6899
BOYACK BECK & TAYLOR
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145
Ph: (702) 562-3415
Fx: (702) 562-3570
colby@edblaw.net

WENDI A. SORENSEN, ESQ.
Admitted Pro Hac Vice
Arizona Bar No. 009856
BURCH & CRACCHIOLO, P.A.
702 E. Osborn, Suite 200
Phoenix, AZ 85014
Ph: (602) 234-8910
Fx: (602) 343-7910
wsorensen@bcattorneys.com

    This motion is supported by LR IA 10-6 in that it is signed by both counsel and Third-Party Defendant Bates Metal Products, Inc. It has been served on all parties who have appeared in this action.

    For all these reasons, Mitchell J. Resnick and Jeffrey Petigoff respectfully request this Court enter its order permitting them to withdraw as counsel of record and that Colby D. Beck of the law firm of Boyack Beck & Taylor along

1 | with Wendi A. Sorensen of the law firm of Burch & Cracchiolo, P.A. be
2 | substituted in their place and stead.
3 |     DATED this 17 day of August, 2012.

**RESNICK & LOUIS, P.A.**

By /s/ Mitchell J. Resnick
Mitchell J. Resnick, Esq.
Nevada Bar No. 89101
415 S. Sixth Street, Suite 300
Las Vegas, NV 89101

**RESNICK & LOUIS, P.A.**

By /s/ Jeffrey Petigoff
Jeffrey Petigoff, Esq.
Nevada Bar No. 5458
415 S. Sixth Street, Suite 300
Las Vegas, NV 89101

**BOYACK BECK & TAYLOR**

By /s/ Colby D. Beck

Colby D. Beck, Esq.
Nevada Bar No. 6899
401 N. Buffalo Drive, Suite 20
Las Vegas, NV 89145

**BURCH & CRACCHIOLO, P.A.**

By /s/ Wendi A. Sorensen
Wendi A. Sorensen, Esq.
Arizona Bar No. 009856
702 E. Osborn, Suite 200
Phoenix, AZ 85014

**BATES METAL PRODUCTS, INC.**

By *Terry Bates*
Terry Bates, Vice President

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Burch & Cracchiolo, P.A. and that on the 5th day of September, 2012, I caused the foregoing Motion to Withdraw and Substitution of Attorneys to be served via electronic service to the following:

Douglas M. Cohen, Esq.
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Attorneys for Plaintiff

Colby D. Beck, Esq.
BOYACK BECK & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
Attorneys for Third-Party Defendant
   Bates Metal Products, Inc.

Brad R. Kohler, II, Esq.
THARPE & HOWELL, LLP
6897 West Charleston Blvd.
Las Vegas, Nevada 89117
Attorneys for Defendants Wal-Mart Stores, Inc.,
   Sam's West, Inc., NIC Hestand, National Bedding
   Company L.L.C. and Serta, Inc.

Kenneth E. Goates, Esq.
LAW OFFICE OF KENNETH E. GOATES
3993 Howard Hughes Parkway, Suite 270
Las Vegas, Nevada 89169
Attorneys for Defendant Fox Marketing
   Corporation

/s/ Melanie A. Wright
An Employee of Burch & Cracchiolo, P.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESPERANZA HOPE PHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. dba SAM'S CLUB STORE #6382; SAM'S WEST INC.; NIC HESTAND; NATIONAL BEDDING COMPANY, LLC; SERTA INC.; FOX MARKETING CORPORATION aka FOX MARKETING CORPORATION aka FOXMARK; DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:11-cv-01148-KJD-GWF<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION OF ATTORNEYS** |
| FOX MARKETING CORPORATION,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>BATES METAL PRODUCTS, INC.; ROE individuals 11-20; and ZOE CORPORATIONS AND ORGANIZATIONS 11-20, inclusive,<br><br>　　　　Third-Party Defendants. | |
| NATIONAL BEDDING COMPANY LLC and SERTA INC.,<br><br>　　　　Cross-Claimants,<br><br>vs.<br><br>FOX MARKETING CORPORATION; MOES 1-100 inclusive,<br><br>　　　　Cross-Defendants. | |

1  The Court, having read the Motion to Withdraw and Substitution of
2  Counsel and noting that it is signed by both counsel and client as required by
3  LR IA 10-6;
4  IT IS THEREFORE ORDERED permitting Mitchell J. Resnick and Jeffrey
5  Petigoff to withdraw and no longer be counsel of record;
6  IT IS FURTHER ORDERED permitting Colby D. Beck of the law firm of
7  Boyack Beck & Taylor and Wendi A. Sorensen of the firm of Burch &
8  Cracchiolo, P.A. to be substituted in the place and stead of Mitchell J. Resnick
9  and Jeffrey Petigoff.
10
11  DATED this ___6th___ day of _____September_____, 2012.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2