1  **RESNICK & LOUIS, P.A.**
2  **415 S. SIXTH STREET, SUITE 300**
   **LAS VEGAS, NV 89101**
3  **MITCHELL J. RESNICK [BAR# 12074]**
   mresnick@rlattorneys.com
4  **JEFFREY PETIGOFF [BAR NO. 5458]**
   jpetegoff@rlattorneys.com
5  (702) 997.3800

6

7  Attorneys for Third-Party Defendant,
   BATES METAL PRODUCTS, INC.

8
                        **UNITED STATES DISTRICT COURT**
9
                            **DISTRICT OF NEVADA**
10

11 | ESPERANZA HOPE PHAM,              | CASE NO. 2:11-cv-01148-KJD-GWF |

12              Plaintiff,

13     vs.                                **MOTION TO WITHDRAW AND**
                                          **SUBSTITUTION OF ATTORNEYS**
14 WAL-MART STORES, INC. dba
   SAM'S CLUB STORE #6382; SAM'S
15 WEST INC.; NIC HESTAND;
   NATIONAL BEDDING COMPANY,
16 LLC; SERTA INC.; FOX MARKETING
   CORPORATION aka FOX
17 MARKETING CORPORATION aka
   FOXMARK; DOES I-X, inclusive and
18 ROE CORPORATIONS I-X, inclusive,

19              Defendants.

20 FOX MARKETING CORPORATION,

21              Third-Party Plaintiff,

22     vs.

23 BATES METAL PRODUCTS, INC.;
   ROE individuals 11-20; and ZOE
24 CORPORATIONS AND
   ORGANIZATIONS 11-20, inclusive,

25              Third-Party Defendants.

26 NATIONAL BEDDING COMPANY LLC
   and SERTA INC.,
27
                Cross-Claimants,
28

vs.

1

2  FOX MARKETING CORPORATION;
MOES 1-100 inclusive,

3        Cross-Defendants.

4        Mitchell J. Resnick and Jeffrey Petigoff, now with the recently formed law

5  firm of Resnick and Lewis, move this Court for an order permitting them to

6  withdraw as counsel of record from this case.   Cross-Defendant Bates Metal

7  Products, Inc. hereby substitutes Colby Beck of the Law Firm of Boyack Beck &

8  Taylor and Wendi A Sorensen of the Law Firm of Burch & Cracchiolo, P.A. as

9  attorneys of record in place and stead of Mitchell J. Resnick and Jeffrey

10  Petigoff.

11

12        All further correspondence, documents, etc. should be sent to:

13                    COLBY D. BECK, ESQ.
                     Nevada Bar No. 6899
14                  BOYACK BECK & TAYLOR
                 401 N. Buffalo Drive, Suite 202
15                   Las Vegas, NV  89145
                    Ph: (702) 562-3415
16                    Fx: (702) 562-3570
                     colby@edblaw.net

17                 WENDI A. SORENSEN, ESQ.
                    Admitted Pro Hac Vice
18                  Arizona Bar No. 009856
               BURCH & CRACCHIOLO, P.A.
19                702 E. Osborn, Suite 200
                   Phoenix, AZ 85014
20                 Ph:  (602) 234-8910
                   Fx:  (602) 343-7910
21               wsorensen@bcattorneys.com

22

23        This motion is supported by LR IA 10-6 in that it is signed by both counsel

24  and Third-Party Defendant Bates Metal Products, Inc.   It has been served on all

25  parties who have appeared in this action.

26        For all these reasons, Mitchell J. Resnick and Jeffrey Petigoff respectfully

27  request this Court enter its order permitting them to withdraw as counsel of

28  record and that Colby D. Beck of the law firm of Boyack Beck & Taylor along

2

with Wendi A. Sorensen of the law firm of Burch & Cracchiolo, P.A. be
substituted in their place and stead.

DATED this _17_ day of August, 2012.

**RESNICK & LOUIS, P.A.**

By _/s/ Mitchell J. Resnick_
Mitchell J. Resnick, Esq.
Nevada Bar No. 89101
415 S. Sixth Street, Suite 300
Las Vegas, NV 89101

**RESNICK & LOUIS, P.A.**

By _/s/ Jeffrey Petigoff_
Jeffrey Petigoff, Esq.
Nevada Bar No. 5458
415 S. Sixth Street, Suite 300
Las Vegas, NV 89101

**BOYACK BECK & TAYLOR**

By _/s/ Colby D. Beck_

Colby D. Beck, Esq.
Nevada Bar No. 6899
401 N. Buffalo Drive, Suite 20
Las Vegas, NV  89145

**BURCH & CRACCHIOLO, P.A.**

By _/s/ Wendi A. Sorensen_
Wendi A. Sorensen, Esq.
Arizona Bar No. 009856
702 E. Osborn, Suite 200
Phoenix, AZ 85014

**BATES METAL PRODUCTS, INC.**

By _Terry Bates_
Terry Bates, Vice President

3

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Burch & Cracchiolo, P.A. and that on the 5th day of September, 2012, I caused the foregoing Motion to Withdraw and Substitution of Attorneys to be served via electronic service to the following:

Douglas M. Cohen, Esq.
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada  89169
Attorneys for Plaintiff

Colby D. Beck, Esq.
BOYACK BECK & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada  89145
Attorneys for Third-Party Defendant
  Bates Metal Products, Inc.

Brad R. Kohler, II, Esq.
THARPE & HOWELL, LLP
6897 West Charleston Blvd.
Las Vegas, Nevada  89117
Attorneys for Defendants Wal-Mart Stores, Inc.,
  Sam's West, Inc., NIC Hestand, National Bedding
  Company L.L.C. and Serta, Inc.

Kenneth E. Goates, Esq.
LAW OFFICE OF KENNETH E. GOATES
3993 Howard Hughes Parkway, Suite 270
Las Vegas, Nevada  89169
Attorneys for Defendant Fox Marketing
  Corporation

/s/ Melanie A. Wright
An Employee of Burch & Cracchiolo, P.A.

1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

ESPERANZA HOPE PHAM,

CASE NO. 2:11-cv-01148-KJD-GWF

8

Plaintiff,

9

vs.

**ORDER GRANTING MOTION TO**
**WITHDRAW AND SUBSTITUTION**
**OF ATTORNEYS**

10

WAL-MART STORES, INC. dba
SAM'S CLUB STORE #6382; SAM'S
11 WEST INC.; NIC HESTAND;
NATIONAL BEDDING COMPANY,
12 LLC; SERTA INC.; FOX MARKETING
CORPORATION aka FOX
13 MARKETING CORPORATION aka
FOXMARK; DOES I-X, inclusive and
14 ROE CORPORATIONS I-X, inclusive,

15

Defendants.

16

FOX MARKETING CORPORATION,

17

Third-Party Plaintiff,

18

vs.

19

BATES METAL PRODUCTS, INC.;
20 ROE individuals 11-20; and ZOE
CORPORATIONS AND
21 ORGANIZATIONS 11-20, inclusive,

22

Third-Party Defendants.

23 NATIONAL BEDDING COMPANY LLC
and SERTA INC.,

24

Cross-Claimants,

25

vs.

26 FOX MARKETING CORPORATION;
MOES 1-100 inclusive,

27

Cross-Defendants.

28

The Court, having read the Motion to Withdraw and Substitution of Counsel and noting that it is signed by both counsel and client as required by LR IA 10-6;

IT IS THEREFORE ORDERED permitting Mitchell J. Resnick and Jeffrey Petigoff to withdraw and no longer be counsel of record;

IT IS FURTHER ORDERED permitting Colby D. Beck of the law firm of Boyack Beck & Taylor and Wendi A. Sorensen of the firm of Burch & Cracchiolo, P.A. to be substituted in the place and stead of Mitchell J. Resnick and Jeffrey Petigoff.

DATED this ___6th___ day of _____September_____, 2012.


_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE