Brad R. Kohler II, Esq.
Nevada Bar No.: 7408
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
THARPE & HOWELL, LLP
6897 W. Charleston Blvd.
Las Vegas, NV 89117
(702) 562-3301
Fax: (702) 562-3305
bkohler@tharpe-howell.com
zparry@tharpe-howell.com

Attorneys for Defendants,
*Sam's West, Inc., Nic Hestand,*
*National Bedding Company LLC,*
*and Serta, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESPERANZA HOPE PHAM, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC. d/b/a SAM'S CLUB STORE #6382; SAM'S WEST, INC.; NIC HESTAND; NATIONAL BEDDING COMPANY L.L.C.; SERTA INC., DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. <br> AND ALL OTHER MATTERS. | CASE NO.: 2:11-cv-01148-KJD-GWF <br> DEPT. NO.: XXIII <br><br> **ORDER GRANTING SAM'S WEST, INC., NIC HESTAND, NATIONAL BEDDING COMPANY LLC, AND SERTA, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND TO PLACE SETTLEMENT ON THE COURT RECORD ON ORDER SHORTENING TIME** |

24733

THIS MATTER having come on for hearing on an Order Shortening Time, on the 28th day of November, 2012, on Defendants Sam's West, Inc., Nic Hestand, National Bedding Company LLC, and Serta, Inc.'s ("Sam's Defendants") [128] Motion for Determination of Good Faith Settlement and [130] Motion to Place Settlement on the Court Record, the Honorable Kent J. Dawson presiding, the Plaintiff represented by Douglas M. Cohen, Esq. of Fennemore Craig, PC, Sam's Defendants represented by Brad R. Kohler II, Esq. of Tharpe & Howell, LLP, Defendant

1  Fox Marketing Corporation ("Foxmark") represented by Kenneth E. Goates, Esq. of The Law
2  Offices of Kenneth E. Goates, Third-Party Defendant Bates Metal Products, Inc. represented by
3  Colby D. Beck, Esq. of Boyack, Beck & Taylor, and the issues being fully argued by counsel and
4  the Court being fully advised in the premises and good cause appearing therefor,

5     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Sam's Defendants'
6  $250,000.00 settlement with Plaintiff is fair, reasonable and made in good faith pursuant to NRS
7  17.245;

8     IT IS FURTHER ORDRED, ADJUDGED AND DECREED that all claims past, present and
9  future against Sam's Defendants for equitable indemnity and/or contribution by any other
10 tortfeasor arising from the incident described in Plaintiff's Complaint that occurred on or about
11 April 7, 2012 are forever barred pursuant to NRS 17.245;

12    IT IS FURTHER ORDRED, ADJUDGED AND DECREED that the Sam's Defendants'
13 settlement described herein expressly includes and discharges the claims, liabilities and legal
14 obligations of Foxmark, and therefore, Sam's Defendants' Cross-Claims against Foxmark for
15 indemnity and contribution are perfected by this settlement;

16    IT IS FURTHER ORDRED, ADJUDGED AND DECREED that Plaintiff's Complaint is
17 dismissed in its entirety with prejudice and the only remaining action in this lawsuit is National
18 Bedding Company LLC and Serta, Inc.'s Cross-Claims against Foxmark for indemnity and
19 contribution;

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS FURTHER ORDRED, ADJUDGED AND DECREED that Sam's Defendants' instant Motions for Determination of Good Faith Settlement and to Place the Settlement on the Court's Record are GRANTED.

Respectfully submitted by:

THARPE & HOWELL, LLP


  /s/ Brad R. Kohler II
Brad R. Kohler II, Esq.
Nevada Bar No.: 7408
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
THARPE & HOWELL, LLP
6897 W. Charleston Blvd.
Las Vegas, NV 89117
(702) 562-3301
Fax: (702) 562-3305
bkohler@tharpe-howell.com
zparry@tharpe-howell.com

Attorneys for Defendants,
*Sam's West, Inc., Nic Hestand,
National Bedding Company LLC,
and Serta, Inc.*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED:** 12/3/12