1   **KENNETH E. GOATES, ESQ.**
Nevada Bar No. 008087
2   **LAW OFFICE OF KENNETH E. GOATES**
3993 Howard Hughes Parkway, Suite 270
3   Las Vegas, Nevada 89169
Telephone: (702) 669-5200
4   Facsimile: (702) 669-5218
*tdlvplea@nationwide.com*

5

*Attorneys for Third-party Defendant/Third-Party Plaintiff,*
6   *FOXMARK MARKETING CORPORATION*

7                **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF NEVADA**

9                        * * * * *

| | |
|---|---|
| 10 ESPERANZA HOPE PHAM, | Case No.: **2:11-cv-01148-APG-GWF** |
| 11        Plaintiff, | |
| 12 vs. | |
| 13 WAL-MART STORES, INC., d/b/a SAM'S CLUB STORE #6382; SAM'S WEST INC.; | **STIPULATION AND ORDER FOR DISMISSAL** |
| 14 NIC HESTAND; NATIONAL BEDDING COMPANY L.L.C.; SERTA INC.; FOXMARK | |
| 15 MARKETING CORPORATION a/k/a FOXMARKMARK; DOES I-X, inclusive; and | |
| 16 ROE CORPORATIONS I-X, inclusive, | |
| 17       Third-party Defendants. | |
| 18 FOXMARK MARKETING CORPORATION, | |
| 19       Third-Party Plaintiff, | |
| 20 vs. | |
| 21 BATES METAL PRODUCTS, INC.; ROE Individuals 11 through 20; and ZOE | |
| 22 CORPORATIONS AND ORGANIZATIONS 11 through 20, inclusive, | |
| 23       Third-Party Third-party Defendants. | |
| 24 | |
| 25 | |

1 | NATIONAL BEDDING COMPANY L.L.C.
and SERTA INC.,

2 |

                Cross-Claimants

3 | vs.

4 | FOX MARKETING CORPORATION, MOES
1-100, inclusive,

5 |

                Cross-Third-party Defendants.

6 |

### STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT FOX MARKETING CORPORATION WITH PREJUDICE

7 |

8 |       IT IS HEREBY STIPULATED AND AGREED by and between the parties, Third-party

9 | Plaintiffs NATIONAL BEDDING COMPANY, LLC and SERTA INC. ("Third-party

10 | Plaintiffs"), by and through their counsel of record, BRAD R. KOHLER, II, ESQ., of the law

11 | firm of THARPE & HOWELL, LLP and Third-party Defendant FOX MARKETING

12 | CORPORATION by and through its counsel of record, the LAW OFFICE OF KENNETH E.

13 | GOATES, ESQ., that the Third-party Complaint filed by Third-party Plaintiffs, and each and

14 | every cause of action alleged therein, be dismissed **WITH PREJUDICE** as to FOX

15 | MARKETING CORPORATION, only, each side to bear its own attorney fees and costs.

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

1    Trial in this matter is currently set for January 17, 2014.

2    DATED this _17th_ day of _December_, 20_13_.

3    **THARPE & HOWELL, LLP**

4

5    _[signature]_

    **BRAD R. KOHLER, II, ESQ.**
6    Nevada Bar No. 7408
    6897 w. Charleston Blvd.
7    Las Vegas, Nevada  89117
    Telephone: (702) 562-3301
8    Facsimile:  (702) 562-3305

9    Attorneys for Third-party Plaintiffs, NATIONAL BEDDING COMPANY, LLC and SERTA
    INC.
10

11   DATED this _15_ day of _Jany_, 20_14_.

12

13   **LAW OFFICE OF KENNETH E. GOATES**

14

15   _[signature]_

    **KENNETH E. GOATES, ESQ.**
16   Nevada Bar No. 008087

17   3993 Howard Hughes Parkway, Suite 270
    Las Vegas, Nevada  89169
18   Telephone: (702) 669-5200
    Facsimile:  (702) 669-5218
19   _tdlvplea@nationwide.com_

20   Attorneys for Third-party Defendant, FOX MARKETING CORPORATION

21   ///

22   ///

23   ///

24   ///

25   ///

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Third-party Defendant FOX MARKETING CORPORATION is dismissed from the above-entitled action **WITH PREJUDICE**, each party to bear its own attorney fees and costs herein.

IT IS FURTHER ORDERED that the Clerk of the Court return to the settling parties jury fees, if any.

DATED this 17th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

**LAW OFFICE OF KENNETH E. GOATES**

_____
**KENNETH E. GOATES, ESQ.**
Nevada Bar No. 008087
3993 Howard Hughes Parkway, Suite 270
Las Vegas, Nevada  89169
Telephone: (702) 669-5200
Facsimile:  (702) 669-5218
*tdlvplea@nationwide.com*

Attorneys for Third-party Defendant, FOX MARKETING CORPORATION