1  KENNETH E. GOATES, ESQ.
   Nevada Bar No. 008087
2  **LAW OFFICE OF KENNETH E. GOATES**
   3993 Howard Hughes Parkway, Suite 270
3  Las Vegas, Nevada  89169
   Telephone: (702) 669-5200
4  Facsimile:  (702) 669-5218
   *tdlvplea@nationwide.com*
5
   *Attorneys for Third-party Defendant/Third-Party Plaintiff,*
6  *FOXMARK MARKETING CORPORATION*

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9                        * * * * *

10  ESPERANZA HOPE PHAM,                 | Case No.:   **2:11-cv-01148-APG-GWF**

11              Plaintiff,

12  vs.

13  WAL-MART STORES, INC., d/b/a SAM'S        **STIPULATION AND ORDER FOR**
    CLUB STORE #6382; SAM'S WEST INC.;        **DISMISSAL**
14  NIC HESTAND; NATIONAL BEDDING
    COMPANY L.L.C.; SERTA INC.; FOXMARK
15  MARKETING CORPORATION a/k/a
    FOXMARKMARK; DOES I-X, inclusive; and
16  ROE CORPORATIONS I-X, inclusive,

17              Third-party Defendants.

    FOXMARK MARKETING CORPORATION,
18
                Third-Party Plaintiff,
19
    vs.
20
    BATES METAL PRODUCTS, INC.; ROE
21  Individuals 11 through 20; and ZOE
    CORPORATIONS AND ORGANIZATIONS
22  11 through 20, inclusive,

23              Third-Party Third-party
    Defendants.
24

25

NATIONAL BEDDING COMPANY L.L.C.
and SERTA INC.,

               Cross-Claimants

vs.

FOX MARKETING CORPORATION, MOES
1-100, inclusive,

               Cross-Third-party Defendants.

## STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT FOX MARKETING CORPORATION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Third-party Plaintiffs NATIONAL BEDDING COMPANY, LLC and SERTA INC. ("Third-party Plaintiffs"), by and through their counsel of record, BRAD R. KOHLER, II, ESQ., of the law firm of THARPE & HOWELL, LLP and Third-party Defendant FOX MARKETING CORPORATION by and through its counsel of record, the LAW OFFICE OF KENNETH E. GOATES, ESQ., that the Third-party Complaint filed by Third-party Plaintiffs, and each and every cause of action alleged therein, be dismissed **WITH PREJUDICE** as to FOX MARKETING CORPORATION, only, each side to bear its own attorney fees and costs.

///

///

///

///

///

///

///

///

///

///

1        Trial in this matter is currently set for January 17, 2014.

2        DATED this *17th* day of *December*, 20*13*.

3    **THARPE & HOWELL, LLP**

4

5    _____

     **BRAD R. KOHLER, II, ESQ.**
6    Nevada Bar No. 7408
     6897 w. Charleston Blvd.
7    Las Vegas, Nevada  89117
     Telephone: (702) 562-3301
8    Facsimile:  (702) 562-3305

9    Attorneys for Third-party Plaintiffs, NATIONAL BEDDING COMPANY, LLC and SERTA
     INC.
10

11       DATED this *15* day of *Jan*, 20 *14*.

12

13   **LAW OFFICE OF KENNETH E. GOATES**

14

15   _____

     **KENNETH E. GOATES, ESQ.**
16   Nevada Bar No. 008087

17   3993 Howard Hughes Parkway, Suite 270
     Las Vegas, Nevada  89169
18   Telephone: (702) 669-5200
     Facsimile:  (702) 669-5218
19   *tdlvplea@nationwide.com*

20   Attorneys for Third-party Defendant, FOX MARKETING CORPORATION

21   ///

22   ///

23   ///

24   ///

25   ///

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Third-party Defendant FOX MARKETING CORPORATION is dismissed from the above-entitled action **WITH PREJUDICE**, each party to bear its own attorney fees and costs herein.

IT IS FURTHER ORDERED that the Clerk of the Court return to the settling parties jury fees, if any.

DATED this 17th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

**LAW OFFICE OF KENNETH E. GOATES**

_____
**KENNETH E. GOATES, ESQ.**
Nevada Bar No. 008087
3993 Howard Hughes Parkway, Suite 270
Las Vegas, Nevada  89169
Telephone: (702) 669-5200
Facsimile:  (702) 669-5218
*tdlvplea@nationwide.com*

Attorneys for Third-party Defendant, FOX MARKETING CORPORATION